UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMY HAKIM,<br><br>        Petitioner,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | Case No. 5:26-cv-00145-CV (DTBx)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DOC. # 11]** |

     On January 22, 2026, the Court issued a Temporary Restraining Order, which (1) required Respondents to immediately release Petitioner from custody, subject to the conditions of his prior order of supervision; (2) enjoined Respondents from re-detaining Petitioner without compliance with 8 U.S.C. § 241.4(l) and 8 U.S.C. § 241.13(i); (3) enjoined Respondents from removing Petitioner to a third country absent notice and an opportunity to apply for protection under the Convention Against Torture; and (4) enjoined Respondents from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner. Doc. # 11 at 11. The Court also ordered Respondents to show cause why a preliminary injunction should not

issue ("OSC") by January 29, 2026, and that Petitioner should file a reply no later than February 3, 2026. *Id.* at 12.

On January 29, 2026, Respondents filed a Response to the OSC, arguing that the need for a preliminary injunction is moot because Petitioner has been released from ICE detention. Doc. # 12 at 1–2.

On January 30, 2026, Petitioner filed a Notice of Withdrawal of Motion for Preliminary Injunction ("Notice"). Doc. # 13. In the Notice, Petitioner states the following:

> Petitioner hereby withdraws his pending motion for preliminary injunction, as he has been released from detention pursuant to this Court's Temporary Restraining Order and is not in imminent harm of being re-detained. However, he remains in custody pursuant to the Order of Supervision requirements and his claim properly remains under 28 U.S.C. § 2241.

*Id.* at 1. Petitioner did not file any further reply on the OSC.

Because Petitioner does not seek a preliminary injunction, the OSC is DISCHARGED AS MOOT.

**IT IS SO ORDERED.**

Dated: 2/2/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE